HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CREDIT,<br><br>Defendant. | Cause No.  CR21-0098JLR<br><br>**ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL** |

1. THIS MATTER comes before the Court on the parties' Agreed Motion to Continue Trial. The Court has considered the reasons for the motion, the agreement of the parties, and the file herein.

2. The Court finds that the defendant will need additional time to review the materials, prepare pretrial motions and prepare for trial.

3. Based on these findings, the Court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from January 24, 2022, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could

ORDER GRANTING AGREED MOTION
TO CONTINUE TRIAL- 1

result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). A continuance is necessary to allow the defendant the reasonable time for effective preparation for his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Therefore, it is hereby ORDERED that the Defendant's Motion to Continue the Trial Date is GRANTED. The Trial Date is continued to June 27, 2022. The Pretrial Motions deadline is May 19, 2022.

5. It is further ORDERED that the period of delay from the date of this order to the new trial of June 27, 2022 is EXCLUDED from the computation of the speedy trial deadline.

Dated this 21ST day of December, 2021.

_____
The Honorable James L. Robart
United States District Judge

Proposed by:

s/ Daniel Norman
Daniel Norman, WSBA #28786
Attorney for James Credit

Agreed by:

s/    Jessica Manca
Jessica Manca, WSBA #42337
Attorney for United States of America

ORDER GRANTING AGREED MOTION
TO CONTINUE TRIAL- 2